■ NORENE HANDWERGER, Respondent, v RICHARD HANDWERGER, Appellant.—Order, Supreme Court, New York County, entered October 3, 1977, awarding plaintiff temporary alimony in the sum of $125 per week and interim counsel fees of $1,000, unanimously modified, on the law and on the facts, by striking the award of counsel fees without prejudice to an application to the trial court for counsel fees, and, as modified, otherwise affirmed, without costs and without disbursements. Counsel fees are awarded in a matrimonial action in order to insure that an indigent wife has legal representation (Kann v Kann, 38 AD2d 545; Domestic Relations Law, § 237). The record indicates that the plaintiff is now gainfully employed as a teacher at a salary of $9,400 per year. Since it appears that the plaintiff has the financial means to pay her attorney, interim counsel fees should not have been awarded. (Peltz v Peltz, 56 AD2d 519.) At trial, plaintiff may, if so advised, renew her application for counsel fees and she may recover therefor upon a showing of financial need. Concur—Murphy, P. J., Lupiano, Lane, Markewich and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISRAEL MOORE, Appellant.—Judgment, Supreme Court, Bronx County, rendered on October 31, 1975, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see Anders v California, 386 US 738; People v Saunders, 52 AD2d 833). No opinion. Concur—Lupiano, J. P., Silverman, Evans, Lane and Sandler, JJ.

■ BELTONE ELECTRONICS CORPORATION, Appellant, v FLOYD E. SELBST et al., Individually and Doing Business as SELBST ASSOCIATES AND BELTONE MANHATTAN Co., Respondents. BELTONE ELECTRONICS CORPORATION, Appellant, v FLOYD E. SELBST, Doing Business as BELTONE MANHATTAN AND SELBST ASSOCIATES, et al., Respondent.—Order, Supreme Court, New York County, entered on August 16, 1977, unanimously affirmed for the reasons stated by Fein, J., at Special Term, without costs and without disbursements. Concur—Lupiano, J. P., Birns, Silverman and Sullivan, JJ.

■ UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant, v E. W. SMITH Co., Respondent.—Order, Supreme Court, New York County, entered on September 20, 1977, unanimously affirmed for the reasons stated by Fein, J., at Special Term. The respondent shall recover of the appellant $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Silverman and Sullivan, JJ.